# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN DAVIS,<br><br>              Petitioner,<br><br>     v.<br><br>MARCUS POLLARD, Warden,<br><br>              Respondent. | Case No. 2:19-cv-07249-PA (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  August 18, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE